UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23695-KMM

GERALD Y. BOUHANA,

    Plaintiff,

v.

ALEJANDRO MAYORKAS,
*Secretary of the U.S. Department of
Homeland Security, et al.,*

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants' Motion to Dismiss Complaint. ("Mot.") (ECF No. 13). The Court referred the matter to the Honorable Lauren F. Louis, United States Magistrate Judge, to take "all necessary and proper action as required by law regarding all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters." (ECF No. 5). On June 28, 2024, Magistrate Judge Louis entered a Report and Recommendation, recommending that the Motion to Dismiss be granted. ("R&R") (ECF No. 14). Plaintiff did not file objections to the R&R and the time to do so has passed. The matter is now ripe for review. As set forth below, the Report and Recommendation is ADOPTED.

Plaintiff seeks an order compelling Defendants to adjudicate his pending Form N-400, Application for Naturalization, requesting naturalization under § 316 of the Immigration and Nationality Act. R&R at 2. The Court granted the Parties' Joint Motion to Remand Petition for Naturalization (ECF No. 12) and ordered USCIS to adjudicate Plaintiff's Form N-400, Petition for Naturalization, within forty-five days of the date of January 30, 2024. *Id.* On March 15, 2024,

USCIS denied Plaintiff's Application for Naturalization. (ECF No. 13-1). Thus, Defendants moved to dismiss the case for mootness. *See generally* Mot.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). As set forth in the R&R, Magistrate Judge Louis finds that because USCIS denied Plaintiff's Application for Naturalization and Plaintiff failed to respond to Defendants' subsequent Motion to Dismiss, this case is moot. R&R at 2. This Court agrees.

Accordingly, UPON CONSIDERATION of the Motion to Dismiss Complaint (ECF No. 13), the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. The R&R (ECF No. 14) is ADOPTED.

2. The Motion to Dismiss Complaint (ECF No. 13) is GRANTED. Plaintiff's Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

3. The Clerk of Court is instructed to CLOSE this case.

4. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this  15th   day of July, 2024.

K. M. Moore
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c:  counsel of record